## WILLIAMS contª TOWNSEND

John Williams plaint. contª James Townsend Defendᵗ for breach of Covenant to the plaintˢ damage Fifty pounds money &cª according to Attachmᵗ. . . . The Jury . . . found for the Defendᵗ costs of Court granted Sixteen Shillings eight pence.

Execution issued 6° march. 1679.

[For the background of this case, see Townsend v. Williams, below, p. 1125. The following petition does not appear to have been granted, at least in so far as permission for an appeal is concerned, since there is no mention of such an appeal in the Records of the Court of Assistants.

S. F. 1833.4

To the honored County Court sitting in boston this 26ᵗ: of feb: 1679 by adiornment

John Williams Craus fauor of this honnored Court to Grant him the liberty of the law to appeall from the verdict of the Jury, finding for the defendant in the action whearin I was plaintiue against James Townsend for not performing of Couenant because the other action I appeald from the euidences were intermixt with this and made vse of in both actions and Cannot soe leggally bee manadged [?] which I vnderstood not tell I Came to take them out

or that I may haue liberty to haue all the euidences to bring them in: in the former appeall soe waiting for your answer I shall still pray for honnors welfar

John Williams ]

## GRIDLEY contª WRIGHT

Joseph Gridley plaint. contª Edward Wright and Mary Wright his wife Defendᵗˢ in an action of the case for defamation and Slaunder according to attachmᵗ. . . . The Jury . . . found for the plaint. Five pounds money Or that Mary Wright do make a publique acknowledgemᵗ to the Satisfaction of yᵉ Court and costs of Court granted nineteen Shillings.

Execution issued 3ᵈ march. 1679.